**1**

Pink WALDROP v. STATE. (No. 10299.) (Court of Criminal Appeals of Texas. Dec. 22, 1926.) Appeal from District Court, Wood County; J. R. Warren, Judge. M. D. Carlock, of Winnsboro, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Wood county of manufacturing intoxicating liquor; punishment fixed at one year in the penitentiary. We find in the record the sworn application of appellant, asking that the appeal herein be dismissed. The application is granted. The appeal is dismissed.

**2**

G. N. (Bob) WHITE v. STATE. (No. 10589.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Stephens County; C. O. Hamlin, Judge. W. J. Arrington, of Breckenridge, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Stephens county of possessing intoxicating liquor for purposes of sale; punishment, two years in the penitentiary. Appellant files with the record in this case a sworn application to have the appeal dismissed. Upon said request, the appeal is dismissed.

**3**

John WILHITE v. STATE. (No. 10736.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Stephens County; C. O. Hamlin, Judge. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appellant is under conviction for conspiracy to commit the offense of arson, and his punishment assessed at confinement in the penitentiary for two years. He has filed with this court his affidavit, advising that he desires to withdraw his appeal, and in compliance therewith the appeal is ordered dismissed.

**4**

Herminio Garza WILLIAMS and Cruz Martinez v. STATE. (No. 10462.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Webb County; J. F. Mullally, Judge. M. L. Dew, of Weslaco, and J. H. Mathers, of Oklahoma City, Okl., for appellants. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is murder; punishment fixed at death. Upon the written request of the appellants, duly verified, the appeal is ordered dismissed.

**5**

B. S. GRAHAM et al., Appellants, v. CITY OF WESLACO, Appellee. (No. 7659.) (Court of Civil Appeals of Texas. San Antonio. Jan. 5, 1927.) Appeal from Hidalgo County Court; A. W. Cameron, Judge. R. E. Erwin and W. A. Hadden, both of Weslaco, for appellants. M. F. Armstrong, Jr., of Weslaco, and J. Q. Henry, of Mission, for appellee.

SMITH. J. This appeal is from a judgment rendered in a proceeding in which, in the exercise of the power of eminent domain, the city of Weslaco sought to have condemned certain land belonging to S. H. Graham, for use in the extension of a city sewer system. The case was tried in the county court on an appeal by the landowner from the commissioners' award of damages, and from an adverse judgment rendered in the county court Graham has appealed to this court. Appellant has filed no brief in this court, and appellee is urging a motion to dismiss the appeal on that account. Appellant resists the motion to dismiss upon the ground that the record shows "fundamental error," but does not intimate what the fundamental error consists of. Such error is not apparent to us upon the record, and the motion to dismiss is therefore granted. Appeal dismissed.

**6**

ESTATE of Alex JOHNSON, Deceased. (No. 7686.) (Court of Civil Appeals of Texas. San Antonio. Jan. 12, 1927.) Error from District Court, Bexar County; O. M. Fitzhugh, Judge. Oliver W. Johnson, of San Antonio, for plaintiff in error. Guinn & McNeill, of San Antonio, for defendant in error.

FLY, C. J. The probate court set apart a homestead to the widow of decedent, the homestead being all the property left by deceased, and an appeal was taken to the district court, where the same judgment was rendered. J. A. James, administrator of the estate of Alex Johnson, deceased, applied for a writ of error to this court. No assignments of error are contained in the record, and we have discovered no fundamental error in the judgment, and it will therefore be affirmed.